THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN AARON ROBBINS, Appellant.

Argued May 23, 1951; decided July 11, 1951.

*Otho S. Bowling, James D. C. Murray* and *Irving Greenberg* for appellant.

*Lindsay R. Henry, District Attorney (Harry C. Brenner* of counsel), for respondent.

Judgment affirmed, no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.